UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JONATHAN JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:23-cv-00165-JPH-KMB |
| ) | |
| DAUSS, et al., ) | |
| ) | |
| Defendants. ) | |

**FINAL JUDGMENT**

The Court now enters FINAL JUDGMENT. This action is **dismissed without prejudice**.

Date: 12/13/2023

Roger A.G. Sharpe, Clerk
BY: *Carina Weed*
Deputy Clerk, U.S. District Court

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

JONATHAN JONES
141769
PENDLETON - CF
PENDLETON CORRECTIONAL FACILITY
Electronic Service Participant – Court Only